**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**April 6, 2017**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

  Plaintiff - Appellee,

v.

LOUIS GABRIEL ARCHULETA,

  Defendant - Appellant.

No. 16-1453
(D.C. Nos. 1:16-CV-01407-LTB and
1:05-CR-00275-LTB-1)
(D. Colo.)

_____

**ORDER DENYING CERTIFICATE OF APPEALABILITY**[*]
_____

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.
_____

This matter is before us on Appellees' *Unopposed Motion for Summary Denial of Certificate of Appealability*. The United States moves for summary denial of a certificate of appealability based on the Supreme Court's decision in *Beckles v. United States*, 137 S. Ct. 886 (2017). Appellant Louis Gabriel Archuleta does not oppose the motion

Upon consideration, the motion is granted. A certificate of appealability is DENIED, and this matter is DISMISSED.

Entered for the Court,
Per Curiam

_____

[*] This order is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. Fed. R. App. P. 32.1; 10th Cir. R. 32.1.